UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                           Case No. 8:11-cr-226-T-30TBM

LISA MICHELLE DABROWSKI

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States'
Motion (Doc. 17) for a forfeiture money judgment in the amount of $87,053.96,
which, upon entry, shall become a final order of forfeiture as to defendant Lisa
Dabrowski.

Being fully advised in the premises, the Court hereby finds that the United
States has established that the defendant obtained at least $87,053.96 in proceeds
from the theft, embezzlement, or misapplication by a bank officer or employee, for
which the defendant pled guilty, in violation of 18 U.S.C. § 656. Accordingly, it is
hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the
United States' motion (Doc. 17) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. §
982(a)(2) and Fed. R. Crim. P. 32.2(b)(2), defendant Lisa Dabrowski shall be held
liable for a forfeiture money judgment in the amount of $87,053.96.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any of the defendant's property that the United States is entitled to seek as a substitute asset to satisfy the money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 18, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-226.forfeit 17.wpd